

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 16, 2021

**BY ECF and E-MAIL**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York, 10007

An initial conference is scheduled for June 24, 2021 at 10:00 a.m.  This proceeding will be held by telephone. The parties may access the proceeding by dialing (888) 363-4749, access code 1015508.  Time is excluded until June 24, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

Re:   **United States v. Earl Ingarfield**, 20 Cr. 146 (RA)

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 16, 2021

Dear Judge Abrams:

      The defendant was arrested on an arrest warrant issued in connection with the above-referenced two-count Indictment, charging the defendant with conspiracy to commit securities fraud in violation of Title 18, United States Code, Section 371, and substantive securities fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff, Title 17, Code of Federal Regulations, Section 20.10b-5, and Title 18, United States Code, Section 2, in Las Vegas, Nevada on Sunday, June 13, 2021.  He was presented in the District of Nevada on June 15, 2021 and released on bond with conditions.

      The Government respectfully requests that the Court schedule an initial pretrial conference for Thursday, June 24, 2021 at 10:00 am or 11:00 am, which we believe to be times that are convenient for the Court based on our correspondence with Your Honor's deputy clerk.  In addition, because the defendant resides in Nevada, we respectfully request that the initial conference be conducted by videoconference or telephone conference.

      The Government further requests that the Court exclude time between today and the date the Court schedules the initial conference, pursuant to 18 U.S.C. § 3161(h)(7).  The Government submits that the ends of justice served by the exclusion outweigh the best interest of the public and the defendant in a speedy trial, as that time will permit

the Government to collect and prepare discovery for production.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

by: _____
        Emily Deininger
        Kiersten Fletcher
        Tara M. La Morte
        Assistant United States Attorney
        (212) 637-2472 / 2238 / 1041

cc: Richard A. Schonfeld, Esq.