LAW OFFICES

*Chesnoff & Schonfeld*

AN ASSOCIATION OF PROFESSIONAL CORPORATIONS

DAVID Z. CHESNOFF, CHARTERED
RICHARD A. SCHONFELD, CHARTERED

ROBERT Z. DeMARCO

520 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101-6593

TELEPHONE
(702) 384-5563

FAX
(702) 598-1425

September 21, 2021

By ECF and E-MAIL

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York, 10007

Re: **United States v. Earl Ingarfield, 20 Cr. 146 (RA)**

Dear Judge Abrams,

    There is a status conference scheduled in this matter for Friday, September 24, 2021, at 2:30pm. The Defendant resides in Las Vegas, Nevada, as does the undersigned counsel. The Defendant's co-counsel Stephen Dichter and J.P. Harrington Bisceglia reside in Arizona. As a result, the Defendant and all of his counsel are requesting permission to appear at the status conference on September 24, 2021, at 2:30pm via telephone.

    Thank you.

Respectfully Submitted:

CHESNOFF & SCHONFELD

/s/ Richard A. Schonfeld
Richard A. Schonfeld, Esq.
520 S. 4th Street
Las Vegas, Nevada 89101
(702) 384-5563