```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

EARL INGARFIELD,

Defendant.

20-CR-146 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 27, 2022, Mr. Ingarfield filed a motion to dismiss the indictment. The Government shall respond to this motion on or before August 26, 2022.

SO ORDERED.

Dated:  August 12, 2022
        New York, New York

_____
Ronnie Abrams
United States District Judge