**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
UNITED STATES OF AMERICA

             -v-

EARL INGARFIELD,

              Defendant.
---------------------------------------------------------------X

CASE NO. 1:20-cr-00146-RA

**ORDER SEALING DEFENDANT'S MEDICAL SUMMARY**

Pursuant to Defendants' Motion to File Medical Summary under seal, and good cause appearing;

IT IS HEREBY ORDERED that Attachment A to Defendant's Emergency Motion to Continue Trial is sealed. The Attachment consists of Defendant's Medical Summary, containing confidential information about Defendant's health not relevant to the proceedings at large, but rather only to the Emergency Motion to Continue.

DATED:__December 19, 2022__

_____
The Honorable Ronnie Abrams

1