USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

EARL INGARFIELD,

Defendant.

---

No. 20-CR-00146 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons discussed in the conference held today on Defendant's emergency motion to adjourn trial, the trial in this matter is hereby adjourned to April 10, 2023. The final pretrial conference will be held on April 6, 2023 at 3:00 p.m. The parties shall file a letter proposing a new deadline for any remaining pretrial submissions. Time is excluded until April 10, 2023, under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:   December 19, 2022
         New York, New York

Hon. Ronnie Abrams
United States District Judge