

Stephen M. Dichter
*Admitted in AZ, NV, CO*
Writer's Direct Line: (602) 253-5808
Writer's email: sdichter@cdslawfirm.com

December 29, 2022

**BY ECF AND EMAIL**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York, 10007
Email: abrams_nysdchambers@nysd.uscourts.gov

Re:   **United States v. Earl Ingarfield**, 20 Cr. 146 (RA)

Dear Judge Abrams:

Per the December 22, 2022 signed Endorsed Letter (Dkt. 72), the responses to the motions *in limine* are currently due on Friday, December 30, 2022 in the above matter. The Parties hereby have consented to a mutual extension to respond to the motions *in limine* to January 3, 2023.

Respectfully Submitted:

SO ORDERED.

CHRISTIAN DICHTER & SLUGA, P.C.

*[signature]*

Hon. Ronnie Abrams
December 30, 2022

By: /s/ Stephen M. Dichter
   Stephen M. Dichter
   J.P. Harrington Bisceglia
   2800 North Central Avenue, Suite 860
   Phoenix, Arizona 85004
   Tel: (602) 253-5808