

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 29, 2023

**By ECF and Email**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: **United States v. Earl Ingarfield, 20 Cr. 146 (RA)**

Dear Judge Abrams:

  The Government respectfully requests permission to file a two-page surreply in response to the defendant's reply in support of his request to compel purported *Brady* and *Giglio* materials, to address certain misstatements of fact made in the defendant's reply. In particular, the defendant incorrectly represents that individuals from the U.S. Attorney's Office for the Eastern District of New York ("USAO-EDNY") and the Federal Bureau of Investigation ("FBI") have attended all proffer sessions involving CW-1, including all proffer sessions conducted by this Office, erroneously suggesting that the USAO-EDNY and FBI participants are members of this prosecution team. As explained in the Government's prior submission, they are not. (*See* Dkt. 85). The Government's proposed surreply is attached hereto as Exhibit A.

            Respectfully submitted,

Application granted.

            DAMIAN WILLIAMS
            United States Attorney

SO ORDERED.

          By:   /s/
            Emily Deininger / Shiva Logarajah
            Assistant United States Attorneys
            (212) 637-2472

Hon. Ronnie Abrams
March 30, 2023

         cc: Richard Schonfeld, Esq.
           Steve Dichter, Esq.