

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 28, 2023

**By ECF and Email**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted. Time is excluded until July 24, 2023, under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
May 1, 2023

Re:  **United States v. Earl Ingarfield**, 20 Cr. 146 (RA)

Dear Judge Abrams:

    With the consent of defense counsel, the Government writes to respectfully request the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 1, 2023 until the trial date of July 24, 2023, to allow the parties to continue to prepare for trial and because the ends of justice served by such an exclusion outweigh the interests of the public and the defendant in a speedy trial. As the Court is aware, at the last pretrial conference time held on April 6, 2023, time was excluded until a control date of May 1, 2023.

    We are also available at the Court's convenience should any additional information or oral argument be needed to resolve the outstanding motions *in limine* (Dkts. 49, 53, 57, 59, 77, 90) in advance of the final pretrial conference currently set for July 20, 2023 at 2:30 p.m.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:     /s/
    Emily Deininger / Shiva Logarajah
    Assistant United States Attorneys
    (212) 637-2472

cc:    Richard Schonfeld, Esq.
       Steve Dichter, Esq.