UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>EARL INGARFIELD,<br><br>          Defendant. | 20-cr-146(JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

   Pursuant to the criminal judgment entered in the above-captioned case, defendant Earl Ingarfield was ordered to voluntarily surrender himself to the institution designated by the Bureau of Prisons to begin serving his sentence on January 29, 2024, at 2 p.m; however, as of the date of this Order, the Bureau of Prisons has not yet designated such an institution. Accordingly, defendant has moved for his surrender date to be adjourned for 30 days. The Government does not oppose this request. The Court grants defendant's motion and defendants surrender date hereby is adjoined to February 28, 2024 at 2 p.m.

   SO ORDERED.

New York, NY
January 23, 2024

_____
JED S. RAKOFF, U.S.D.J.

1