UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>EARL INGARFIELD,<br><br>Defendant. | 20-cr-146(JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The Court is in receipt of Defendant Earl Ingarfield's Motion for Early Termination of Supervised Release. See ECF No. 138. The Government and the Probation Office are hereby requested to provide by letter their response and recommendation, if any, by September 15, 2026.

SO ORDERED.

New York, NY
September 9, 2026

JED S. RAKOFF, U.S.D.J.